NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HEIDI STEPHENS, M.D.,                  )
                                       )
          Petitioner,                  )
                                       )
v.                                     )   Case No.  2D17-3753
                                       )
UNIVERSITY OF SOUTH FLORIDA;           )
BOARD OF TRUSTEES OF THE               )
UNIVERSITY OF SOUTH FLORIDA,           )
and                                    )
CHARLES LOCKWOOD, M.D.,                )
in his official capacity as Senior Vice )
President for USF Health,              )
                                       )
          Respondents.                 )
                                       )
_____)

Opinion filed July 6, 2018.

Appeal from the Circuit Court for
Hillsborough County; Jack Day, Associate
Judge.

Robert F. McKee of Robert F. McKee,
P.A., Tampa, for Petitioner.

Gary R. Wheeler and John F. Dickinson
of Constangy, Brooks, Smith & Prophete,
LLP, Jacksonville, for Respondents.


PER CURIAM.


          Denied.

NORTHCUTT, SLEET, and SALARIO, JJ., Concur.